UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL ACTION NO. C-08-690 |
| § | |
| HILDA ELISA BENAVIDEZ-VALDEZ § | |

**ORDER**

On this day came to be considered the **Government's Motion For Review And Revocation Of Order For Deposition Of Material Witnesses**.

The Court is of the opinion that:

The Government's Motion For Review And Revocation Of Order For Deposition Of Material Witnesses is GRANTED.

The Court therefore reverses the magistrate judge's ruling and orders the material witness detained pending trial.

SIGNED and ORDERED this 7th day of November, 2008.

_____
Janis Graham Jack
United States District Judge